834

## Anthony DE MARCO et al. v. GENEVA STEEL COMPANY.

### No. 3618.

Circuit Court of Appeals, Tenth Circuit.

April 6, 1948.

Padway, Goldberg & Previant, of Milwaukee, Wis., and Hugh Vern Wentz, of Provo, Utah, for appellants.

Dickson, Ellis, Parsons & McCrea, of Salt Lake City, Utah, for appellee.

H. G. Morison, Acting Asst. Atty. Gen., Enoch E. Ellison, Special Asst. to the Atty. Gen., and Johanna M. D'Amico, of Washington, D. C., Department of Justice, for the United States.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed April 6, 1948, on the ground that the constitutionality of the Portal-to-Portal Act of 1947, 29 U.S.C.A. § 251 et seq. was not raised in the lower court.

## Alexander C. DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 13618.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Dunlop, v. Commissioner of Internal Revenue, 8 Cir., 165 F.2d 284, on motion of respondent and consent of petitioner.

## Donald C. DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 13619.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Dunlop v. Commissioner of Internal Revenue, 8 Cir., 165 F.2d 284, on motion of respondent and consent of petitioner.

## Ker Donald DUNLOP, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 13620.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Guy Chase, of St. Paul, Minn., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States affirmed and petition to review dis-